

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,146-01

### EX PARTE CALVIN DEMOND REED, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1110368-A IN THE 263RD DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*. YEARY and SLAUGHTER, JJ. dissented.

## O P I N I O N

Applicant was convicted of aggravated sexual assault of child and sentenced to twenty years' imprisonment. The First Court of Appeals affirmed his conviction. *Reed v. State*, No. 01-09-00869-CR (Tex. App.— Houston [1st Dist.] Apr. 1, 2010). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he is actually innocent. Based on the record, the trial court has determined that Applicant has established by clear and convincing evidence that he is actually innocent.

We agree. Relief is granted. *Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996);

*Ex parte Tuley*, 109 S.W.3d 388 (Tex. Crim. App. 2002). The judgment in cause number 1110368 in the 263rd District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:     MAY 31, 2023
Do not publish